IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RIVER HILLS COMMUNITY
CHURCH OF SAUK PRAIRIE,

    Plaintiff,

v.                                                                                  Case No. 14-cv-48

VILLAGE OF SAUK CITY,
WISCONSIN,

    Defendant.

---

**CONSENT ORDER AS TO LEGAL NONCONFORMING USE
STATUS OF CHURCH USE OF 1111 SYCAMORE STREET**

---

Based on the parties' joint motion and stipulation as to the legal nonconforming use status of River Hills Community Church of Sauk Prairie's use of 1111 Sycamore Street, it is HEREBY ORDERED that the use of 1111 Sycamore Street, Sauk City, Wisconsin as a church is a legal nonconforming use of the property inuring to the benefit of River Hills Community Church of Sauk Prairie, its successors and assigns.

IT IS SO ORDERED on _April 17,_ 2014.

_____
William M. Conley
United States District Court Judge