IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RIVER HILLS COMMUNITY
CHURCH OF SAUK PRAIRIE,

    Plaintiff,

v.                                                               Case No. 14-cv-48

VILLAGE OF SAUK CITY,
WISCONSIN,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

    Based on the parties' Joint Motion for Entry of Consent Order and Order Dismissing the Action With Prejudice and the entry of a Consent Order requested pursuant to the Joint Motion, IT IS HEREBY ORDERED that, in accordance with the terms of the Joint Motion, the complaint and all claims purported to be stated in the complaint are dismissed with prejudice, each party to bear its own costs and attorneys' fees to the extent said costs and fees are not governed by the terms of the parties' settlement agreement.

    IT IS SO ORDERED on __April 17,__ 2014.

_____
William M. Conley
United States District Court Judge